JS - 6/ENTER

**FILED**
JUL 11 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRUCE WESTIN,<br><br>　　　Petitioner,<br><br>　　　v.<br><br>KAMALA D. HARRIS, et al.,<br><br>　　　Respondent. | Case No. CV 12-3891-MWF (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: July 9, 2012



Michael F. Fitzgerald
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 11 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY